# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT, LLC; ASHA DESAI; and PAUL DESAI,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN H. BOYLE, et al.,<br><br>Defendants. | Case No.: 1:20-cv-1479 NONE JLT<br><br>ORDER DIRECTING PLAINTIFFS TO PAY THE FILING FEE OR FILE A MOTION TO PROCEED IN FORMA PAUPERIS |

Plaintiffs initiated this action by filing a complaint on October 19, 2020. As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1915(a). However, the Court may authorize the commencement of an action without the filing fee "by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to prepay the filing fee only if leave to proceed in forma pauperis ("IFP") is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiffs failed to pay the requisite filing fee or to file a motion to proceed *in forma pauperis*, and the matter cannot proceed before the Court at this time. Accordingly, the Court **ORDERS**:

1. Plaintiffs **SHALL** pay the filing fee within 21 days of service of this order, *or*

2. In the alternative, Plaintiffs **SHALL** file a motion to proceed in forma pauperis within

21 days of service.

3. <u>Failure to comply with this order may result in dismissal of this action pursuant to Local Rule 110.</u>

IT IS SO ORDERED.

Dated:   **October 20, 2020**                    /s/ Jennifer L. Thurston
                                                                   UNITED STATES MAGISTRATE JUDGE