UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP GOLDEN STATE MANAGEMENT LLC; ASHA DESAI; and PAUL DESAI,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN H. BOYLE, et al.,<br><br>Defendants. | No. 1:20-cv-1479-NONE-JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE AND FAILURE TO OBEY THE COURT'S ORDER<br><br>(Doc. No. 4) |

Plaintiffs initiated this action by filing a complaint on October 13, 2020, but failed to pay the filing fee. The magistrate judge directed plaintiffs to pay the filing fee or file a motion to proceed *in forma pauperis*. (Doc. No. 2.) On December 8, 2020, the magistrate judge recommended the action be dismissed without prejudice for the failure to pay the filing fee and failure to comply with the court's order. (Doc. No. 4.)

Plaintiffs were given fourteen days to file any objections to the recommendations. (Doc. No. 4 at 4.) In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. (*Id.*, citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991); *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)). To date, no objections have been filed and plaintiffs not paid the filing fee in the action.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this court conducted a *de novo* review of the case. Having carefully reviewed the file, the court finds the findings and recommendations are supported by the record and proper analysis. Accordingly,

1. The findings and recommendations dated December 8, 2020 (Doc. No. 4) are adopted in full;
2. The action is dismissed without prejudice for failure to pay the filing fee and obey the court's order; and
3. The Clerk of Court is directed to assign a district judge to this action for purposes of closing the matter and close this case, because this order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **December 29, 2020**     *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE